UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROBERT MAURELLO,<br><br>Defendant. | 18 Cr. 810 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 26, 2022, the Court issued to Mr. Maurello a summons to appear before this Court for a conference on February 15, 2022, regarding violations of the terms of his supervised release. Due to the Court's trial calendar, this conference is hereby ADJOURNED to **February 17, 2022, at 3:30 p.m.**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Accordingly, the date on Defendant's summons shall be deemed amended to reflect this altered schedule.

SO ORDERED.

Dated: February 7, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge