**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2022

*By Email*
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re:   *United States v. Robert Maurello*
       18 Cr. 810 (KPF)

Honorable Judge Failla:

    I write on behalf of Mr. Robert Maurello and with the consent of the Government to respectfully request that the continued violation hearing presently scheduled for Wednesday, August 24, 2022 at 12 P.M. be adjourned for approximately 30 days. Mr. Maurello is maintaining employment and making payments towards restitution, and the parties are in discussions regarding the recommendations they will make to the Court at sentencing.

    I have discussed this matter with Assistant United States Attorney Nicholas Chiuchiolo, and he consents on behalf of the government.

    Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel to Mr. Robert Maurello
(212) 417 - 8734

cc:   Nicholas Chiuchiolo, Esq.
       Assistant United States Attorney
       *by email*

Application GRANTED. The hearing scheduled to take place in this case on August 24, 2022, is hereby **ADJOURNED** to **September 27, 2022, at 12:00 p.m.**

Dated: August 19, 2022
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE