**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 3, 2022

*By ECF*
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re:   *United States v. Robert Maurello*
      **18 Cr. 810 (KPF)**

Honorable Judge Failla:

I write on behalf of Mr. Robert Maurello to respectfully request that the continued violation hearing presently scheduled for Thursday, November 10, 2022 at 3 P.M. be conducted remotely. Mr. Maurello lives in South Carolina ███████████████████████████████.

I have discussed this matter with Assistant United States Attorney Nicholas Chiuchiolo, who, on behalf of the government, takes no position on whether the proceeding should be conducted remotely.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel to Mr. Robert Maurello
(212) 417 - 8734

cc:   Nicholas Chiuchiolo, Esq.
      Assistant United States Attorney
      *by ECF*

Application GRANTED.  The hearing scheduled to take place on November 10, 2022, at 3:00 p.m. will be conducted by video.  Instructions to video participants will be sent separately in advance of the hearing.

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:     November 3, 2022           SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE